AMERICAN EXPRESS CO., A/C CHARVET & FILS *v.* UNITED STATES

**No. 6401.**—Invoice dated London, England, May 1945.
Certified May 1945.
Entered at New York, N. Y., June 21, 1945.
Entry No. 737113.

(Decided September 30, 1946)

*Eugene R. Pickrell* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

Undisputed facts in the record before me establish export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)) to be the proper basis for appraisement of the instant merchandise, and that such statutory values for wool materials in question are the appraised values, less additions made by the importer on entry because of advances in similar cases.